IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 MAY -6 AM 8:41

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                   Case No. 1:99cr10050-03

JERROLD SCOTT KINCER

    Defendant.

---

### ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the ( $1,000/10%= $100.00)appearance bond (receipt J27995 ) for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $100.00,  payable to: Tammy Smith 3019 County Line Road, Melber, KY 42069; in full refund of the cash appearance bond posted herein.

                                                          _____
                                                          JAMES D. TODD
                                                          UNITED STATES DISTRICT JUDGE
                                                           DATE: 5 May 2005

Approved:

ROBERT R. DI TROLIO, CLERK OF COURT

BY: _____
      Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/10/05

136

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 136 in case 1:99-CR-10050 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT